THE STATE OF OHIO, APPELLEE, v. NOSER, APPELLANT.

[Cite as *State v. Noser,* 99 Ohio St.3d 126, 2003-Ohio-2767.]

(Nos. 2002–0020 and 2002–0096—Submitted
May 14, 2003—Decided June 11, 2003.)

{¶ 1} The judgment of the court of appeals on Proposition of Law No. I, which reflects the certified issue, is affirmed on the authority of *State v. Fisher*, 99 Ohio St.3d 127, 2003-Ohio-2761, 789 N.E.2d 222.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

COOK, J., not participating.

Julia R. Bates, Lucas County Prosecuting Attorney, Eric A. Baum and Gary G. Cook, Assistant Prosecuting Attorneys, for appellee.

Jeffrey M. Gamso, for appellant.